UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



**TERRI R. GRENIER**                                                    **PLAINTIFF**

V.                                         CIVIL ACTION NO. 2:05CV2127 LTS-JMR

**AMERICAN GENERAL FINANCE, INC., ET AL.**                    **DEFENDANTS**

## ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

The parties have requested that all of the claims and the counterclaims in this action be dismissed without prejudice. Accordingly, under Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED and ADJUDGED**

That this action as to all claims and as to all counter-claims is hereby **DISMISSED WITHOUT PREJUDICE**; and

All pending motions are hereby **DENIED WITHOUT PREJUDICE** as moot; and

This action is finally **DISMISSED.**

**SO ORDERED** this 11th day of April, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge